# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  4/3/2025
Mr. Arias may temporarily remove his ankle monitor at 8:30 AM on April 10, 2025 to receive an MRI Scan. He is to report to Pretrial after the medical appointment to have the monitor re-installed.

**BY EMAIL**
The Honorable Vernon S. Broderick
United States District Judge
40 Foley Square
New York, NY 10007

Re:    **United States v. August Arias**, 25 Cr. 22 (VSB)

Dear Judge Broderick:

I write to respectfully request a modification of August Arias' bail conditions to permit him to temporarily remove his ankle monitor to receive an MRI scan at 8:30 a.m. on April 10, 2025. Mr. Arias' Pretrial Officer, Jonathan Lettieri, has no objection to this request and the Government defers to the position of Pretrial Service. If this request is granted, Mr. Arias will remove his ankle monitor prior to the MRI on the morning of the MRI and report to Pretrial Services after the medical appointment to have the monitor re-installed. He will coordinate this process with his Pretrial Officer.

On January 21st, 2025, Magistrate Judge Sarah L. Cave imposed bail conditions including a $50,000 personal recognizance bond to be co-signer by two financially responsible people and home detention with electronic monitoring. Mr. Arias has been fully compliant with his bail conditions and has reported to Pretrial Services as directed.

Thank you for your consideration of this matter.

Respectfully submitted,
/s/Amy Gallicchio
Amy Gallicchio
Assistant Federal Defender
(212) 417-8728

cc:    AUSA Meredith Foster (via email)