# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

APPLICATION GRANTED
SO ORDERED *[signature]*
VERNON S. BRODERICK
U.S.D.J. 5/21/2025

Mr. Arias' bail is modified to remove the condition of home detention with location monitoring and replace it with a curfew condition with continued location monitoring and with hours and technology to be set by Pretrial Services.

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
40 Foley Square
New York, NY 10007

Re:     **United States v. August Arias**, 25 Cr. 22 (VSB)

Dear Judge Broderick:

I write to respectfully request that the Court modify the conditions of Mr. Arias' bail to remove the condition of home detention with location monitoring and replace it with a curfew condition with continued location monitoring and with hours and technology to be set by Pretrial Services. Mr. Arias' Pretrial Officer, Jonathan Lettieri, has no objection to this request and the Government defers to the position of Pretrial Service.

This modification is requested in light of Mr. Arias' unblemished compliance with the conditions of his release and so that he has greater flexibility to seek and obtain employment.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/Amy Gallicchio
Amy Gallicchio
Assistant Federal Defender
(917) 612-3274

cc:     AUSA Meredith Foster