# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.**  09/15/2025

Re:   **United States v. August Arias**, 25 Cr. 22 (VSB)

Dear Judge Broderick:

    I write to respectfully request that the Court modify the conditions of Mr. Arias' bail to allow him to temporarily remove his location monitoring device so that he can undergo an MRI of his wrist, on the day the MRI is scheduled. Mr. Arias will provide his Pretrial Services Officer with the date, time and location of the MRI and, immediately following the procedure, he will report to Pretrial Services so that the location monitoring device can be reinstalled.

    Mr. Arias' Pretrial Officer, Jonathan Lettieri, has no objection to this request and the Government defers to the position of Pretrial Service.

    Thank you for your consideration of this matter.

Respectfully submitted,

/s/Amy Gallicchio
Amy Gallicchio
Assistant Federal Defender
(917) 612-3274

cc:   AUSA Meredith Foster
       PTSO Jonathan Lettieri