# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 6, 2026

**BY ECF**
Hon. Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED** *Ver Bia*
**VERNON S. BRODERICK**
**U.S.D.J.**   01/07/2026

The sentencing scheduled for January 23, 2026 is hereby adjourned to February 23, 2026 at 11:00 AM.

Re:    **United States v August Arias**,
          25 Cr. 22 (VSB)

Dear Judge Broderick:

I write, with the consent of the Government, to request an adjournment of the sentencing hearing in the above captioned matter currently scheduled for January 23, 2026. The deadline for submitting the defense sentencing submission is Friday, January 9, 2026, but we have not yet received the final presentence report.[1] Therefore, additional time is requested in order to review the final presentence report once it is filed with the Court and for the preparation of the defense submission and sentencing recommendation.

After consultation with the Court and the Government regarding availability, I respectfully request that the sentencing hearing be adjourned to February 23, 2026 at 11:00 am.

Respectfully submitted,

/s/ Amy Gallicchio

_____

Amy Gallicchio, Esq.
Assistant Federal Defender
O:  212-417-8728
C:  917-612-3274

Cc: AUSA Meredith Foster

---

[1] I am informed by the Probation Officer assigned to prepare the PSR that the earliest possible disclosure date would be on January 9, 2026.