# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Mr. Arias is to surrender to his designated B.O.P. facility before 2:00 PM on July 7, 2026.

SO ORDERED:

*Vernon Broderick*    04/22/2026

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

**BY ECF**
Hon. Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    **United States v August Arias**, 25 Cr. 22 (VSB)

Dear Judge Broderick:

At the sentencing hearing on April 7, 2026, the Court instructed the parties to submit a letter before a surrender date is set, addressing whether the Bureau of Prisons can accommodate Mr. Arias' medical needs should he choose to have a spinal cord stimulator surgically implanted. The Government reached out to the Bureau of Prisons' legal department, which confirmed that the BOP can accommodate inmates with spinal cord stimulators and advised that Mr. Arias would most likely be designated to a Care Level 3 facility.

On April 13, 2026, Mr. Arias underwent the initial phase of the spinal cord stimulator procedure, a minimally invasive outpatient procedure involving the temporary placement of wire leads into the epidural space of the spine and connected to an adjustable external generator. Because the trial phase produced meaningful pain relief, Mr. Arias was approved for the second phase of the procedure - permanent implantation of the device beneath the skin. His physicians have advised that following this procedure, he would not be fit for confinement for three to four months.

Notwithstanding this approval, Mr. Arias, in consultation with his medical team and after careful consideration, has elected to defer the permanent implant procedure until following the completion of his sentence. Three principal factors informed this decision: the anticipated delay to the commencement of his sentence that the procedure would impose; concerns regarding the adequacy of medical care available during his incarceration especially in the event of a medical

emergency; and the geographic distance of Care Level 3 facilities from New York, where his partner resides.

Therefore, I respectfully request that the Court schedule a surrender date in approximately 75 days to a date in early July.

Respectfully submitted,

/s/ Amy Gallicchio

_____

Amy Gallicchio, Esq.
Assistance Federal Defender
O:  212-417-8728
C:  917-612-3274

Cc: AUSA Meredith Foster